IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 22 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| VALENTIN MUÑIZ AND, JUAN CARLOS LUGO, § § § | |
| Plaintiffs § | |
| V. § | CIVIL ACTION NO. |
| § | B-03-087 |
| NEOPLAN USA CORPORATION § § | |
| Defendant § | |

## DEFENDANT'S DISCLOSURE OF INTERESTED PARTIES

Now comes Neoplan USA Corporation, Defendant in the above-styled and numbered cause, and, pursuant to the Court's Order for Conference and Disclosure of Interested Parties, submits the following persons and entities who are financially interested in the outcome of this litigation:

Willis Stein & Partners, L.P.

Annemarie Chenoweth

Fleet Boston Financial Corporation (NYSE: FBF)

Respectfully submitted,

By: _____
JOHN J. FRANCO, JR.
State Bar No. 07362800
Southern District No. 8256
2600 Weston Centre
112 East Pecan Street
San Antonio, Texas 78205
(210) 354-1300
(210) 277-2702 (Fax)
ATTORNEY-IN-CHARGE FOR DEFENDANT

3

OF COUNSEL:

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.

VIRGINIA C. HONEYMAN
State Bar No. 24034487
Southern District No. 33642
Ogletree, Deakins, Nash,
   Smoak & Stewart, P.C.
2600 Weston Centre
112 East Pecan Street
San Antonio, Texas 78205
(210) 354-1300
(210) 277-2702 (FAX)

## CERTIFICATE OF SERVICE

I do hereby certify that the foregoing has been sent via Certified Mail, Return Receipt Requested to Plaintiff's counsel, Denis A. Downey, 1185 FM 802, Suite 3, Brownsville, Texas 78526-1538, on this 20TH day of May 2003.

JOHN J. FRANCO, JR.