THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

United States District Court
Southern District of Texas
FILED

SEP 0 2 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CIVIL ACTION NO. B-03-087 | DATE & TIME:  09-02-03 AT 1:30 P.M. |
| VALENTIN MUNIZ AND JUAN CARLOS LUGO | PLAINTIFF(S)  DENIS DOWNEY COUNSEL |
| VS. | |
| NEOPLAN USA CORPORATION | DEFENDANT(S)  JOHN FRANCO, JR. COUNSEL |

---

CSO: Richard Harrelson
ERO: Rita Nieto

Attorneys Denis Downey and John Franco appeared.

Attorneys amended the Joint Discovery/Case Management Plan and presented same to the Court.

