7

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

APR 1 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| VALENTIN MUNIZ AND<br>JUAN CARLOS LUGO | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. B-03-087 |
| | § | |
| NEOPLAN USA CORPORATION | §<br>§ | |

TYPE OF CASE:        __X__ CIVIL                                   ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                                                 ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**           **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                        DATE AND TIME:

**MAY 18, 2004 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   APRIL 19, 2004

TO:     MR. DENIS DOWNEY
        MR. JOHN J. FRANCO, JR.