

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

### ORDER

United States District Court
Southern District of Texas
ENTERED

MAY 0 7 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| VALENTIN MUNIZ AND § | |
| JUAN CARLOS LUGO § | |
| § | |
| VS. § | CIVIL ACTION NO. B-03-087 |
| § | |
| NEOPLAN USA CORPORATION § | |

TYPE OF CASE:   __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been continued as indicated below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE** <br> **600 E. HARRISON STREET** <br> **BROWNSVILLE, TEXAS** | **SECOND FLOOR COURTROOM, #2** |
| DATE AND TIME PREVIOUSLY SCHEDULED: | CONTINUED TO DATE AND TIME: |
| **MAY 18, 2004 AT 1:30 P.M.** | **JUNE 2, 2004 AT 2:00 P.M.** |

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MAY 7, 2004

TO:   MR. DENIS DOWNEY
      MR. JOHN J. FRANCO, JR.