THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

**United States District Court**
**Southern District of Texas**
**FILED**

JUN 2 1 2004

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. <u>B-03-087</u>  DATE & TIME: <u>06-02-04 AT 2:00 P.M.</u>

<u>VALENTIN MUNIZ AND</u>  PLAINTIFF(S) <u>DENIS DOWNEY</u>
<u>JUAN CARLOS LUGO</u>  COUNSEL

VS.

<u>NEOPLAN USA CORPORATION</u>  DEFENDANT(S) <u>JOHN FRANCO, JR.</u>
  COUNSEL

-------------------------------------------------------------------------------

CSO: Dan Figueroa
ERO: Bertha Vasquez

    Attorneys Denis Downey and John Franco appeared.

    Parties would like a November, 2004 trial setting.

    No experts are to be called during the trial.