IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VALENTIN MUNIZ AND | § | |
| JUAN CARLOS LUGO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-087 |
| | § | |
| NEOPLAN USA CORPORATION | § | |

### SCHEDULING ORDER

IT IS HEREBY ORDERED THAT:

(1) Defendants to file dispositive motions by **August 16, 2004**
Responses due by **September 16, 2004.**

(2) All discovery in this case must be completed by **September 30, 2004.** If additional time is required, a motion requesting such extension must be filed no later than **September 16, 2004.** Failure to file such motion shall preclude further discovery.

(3) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(4) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **October 14, 2004.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(5) A final pretrial and settlement conference is set for **October 14, 2004 at 1:30 P.M.** before Magistrate Judge John Wm. Black.

(6) Final pretrial is set for **November 2, 2004 at 1:30 P.M.** before Judge Andrew S. Hanen. Jury selection is set for **November 4, 2004 at 9:00 A.M.** before Judge Andrew S. Hanen.

(7) Trial on the merits is set for **November, 2004,** before Judge Andrew S. Hanen, docket call.

DONE at Brownsville, Texas, on this 21st day of June, 2004.

John Wm. Black
United States Magistrate Judge