IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VALENTIN MUÑIZ AND, <br> JUAN CARLOS LUGO, <br> Plaintiffs <br><br> V. <br><br> NEOPLAN USA CORPORATION <br><br> Defendant | § § § § § § § § § | CIVIL ACTION NO. B-03-087 |

United States District Court
Southern District of Texas
FILED

SEP 3 0 2004

Michael N. Milby
Clerk of Court

## ADVISORY TO COURT REGARDING SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Now comes Neoplan USA Corporation, Defendant in the above-styled and numbered cause, through its attorney in charge and, on behalf of the Defendant and the Plaintiffs, Valentin Muniz and Juan Carlos Lugo, advises the Court that the parties have settled all matters relating to this litigation. The parties are in the process of preparing and executing appropriate settlement documents and will file a Stipulation of Dismissal with Prejudice after preparation and execution of same.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
2600 Weston Centre
112 East Pecan Street
San Antonio, Texas 78205
(210) 354-1300
(210) 277-2702 (Fax)

By: _____
JOHN J. FRANCO, JR.
State Bar No. 07362800
Southern District No. 8256
ATTORNEY-IN-CHARGE FOR DEFENDANT
NEOPLAN USA CORPORATION

OF COUNSEL:

OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.

VIRGINIA C. HONEYMAN
State Bar No. 24034487
Southern District No. 33642
Ogletree, Deakins, Nash,
   Smoak & Stewart, P.C.
2600 Weston Centre
112 East Pecan Street
San Antonio, Texas 78205
(210) 354-1300
(210) 277-2702 (FAX)

## CERTIFICATE OF SERVICE

    I do hereby certify that the foregoing has been sent via Certified Mail, Return Receipt Requested to Plaintiff's counsel, Denis A. Downey, 1185 FM 802, Suite 3, Brownsville, Texas 78526-1538, on this 28TH day of September, 2004.

                                           JOHN J. FRANCO, JR.