# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

| | | |
|---|---|---|
| VALENTIN MUNIZ AND | § | |
| JUAN CARLOS LUGO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-087 |
| | § | |
| NEOPLAN USA CORPORATION | § | |

TYPE OF CASE:          X    CIVIL                                    ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

(WILL NOT BE NECESSARY IF ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED)

PLACE:                                          ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**       **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                     DATE AND TIME:

                                          **NOVEMBER 18, 2004 AT 1:30 P.M.**

John Wm. Black
United States Magistrate Judge

DATE:  OCTOBER 14, 2004

TO:    MR. DENIS DOWNEY
       MR. JOHN J. FRANCO, JR.