IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VALENTIN MUÑIZ AND, <br> JUAN CARLOS LUGO, <br><br> Plaintiffs <br><br> V. <br><br> NEOPLAN USA CORPORATION <br><br> Defendant | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | <br><br><br><br><br> CIVIL ACTION NO. <br> B-03-087 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Now come Valentin Muniz and Juan Carlos Lugo, Plaintiffs in the above-styled and numbered cause and Neoplan USA Corporation, Defendant herein, and, pursuant to Rule 41(a) (1)(ii) of the Federal Rules of Civil Procedure hereby agree and stipulate that this action is hereby dismissed with prejudice. The parties also hereby agree and stipulate that they shall be responsible for their respective costs and attorney's fees incurred as a result of this action.

Respectfully submitted,

DENIS A. DOWNEY
1185 FM 802, Suite 3
Brownsville, Texas 78526-1538
(956) 544-0561 – Telephone
(956) 544-0562 – Telefax

By:_____
　　　DENIS A. DOWNEY
　　　State Bar No. 06085500

ATTORNEY-IN-CHARGE FOR
PLAINTIFFS, VALENTINE MUNIZ AND
JUAN CARLOS LUGO

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
2600 Weston Centre
112 East Pecan Street
San Antonio, Texas 78205
(210) 354-1300
(210) 277-2702 (Fax)

By: *[signature]*
JOHN J. FRANCO, JR.
State Bar No. 07362800
Southern District No. 8256

**ATTORNEY-IN-CHARGE FOR DEFENDANT
NEOPLAN USA CORPORATION**