IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| VALENTIN MUÑIZ AND, <br> JUAN CARLOS LUGO, <br><br> Plaintiffs <br><br> V. <br><br> NEOPLAN USA CORPORATION <br><br> Defendant | § <br> § <br> § <br> § <br> § <br> § CIVIL ACTION NO. <br> § B-03-087 <br> § <br> § <br> § |

## ORDER OF DISMISSAL

On this date came on for consideration the parties' Stipulation of Dismissal with Prejudice of this action pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. After due consideration, this Court is of the opinion that the Stipulation of Dismissal should in be in all things ACCEPTED.

IT IS, THEREFORE, ORDERED that Plaintiffs' action against Defendant is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that each party shall bear its own costs and attorney's fees.

SIGNED and ENTERED this 17th day of _____, 2004

_____
UNITED STATES DISTRICT JUDGE